UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

TIFFANY WANG, : 26-cv-3982 (SHS)

Plaintiff, : ORDER

-v- :

TAIWAN TRADE CENTER, NEW YORK INC., and
CIAN-RONG LAI a/k/a Bonnie Lai :

Defendants. :

---------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A pretrial status conference having been held today, with counsel for all parties present,

IT IS HEREBY ORDERED that:

1. Discovery is stayed;

2. The mediation should take place, if at all possible, during the week of December 14, 2026, or December 21, 2026;

3. The phrase "and subjecting Plaintiff to unlawful discrimination on the basis of disability" in paragraph two of the Second Amended Complaint is stricken on the basis that plaintiff is not asserting a disability discrimination claim in this litigation (Dkt. No. 17); and

4. There will be a pretrial status conference on January 7, 2027, at 2:00 p.m.

Dated: New York, New York
October 15, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.